8411 St S☐ #6
☐☐4, FL 33707

SAM M. Gibbons US Courthouse
INTAKE DEPARTMENT
801 North Florida Ave
Tampa, FL 33602

Other Side

From: Turiyan Gold
711 59th St So #6
Gulfport, FL 33707

SHIP TO:
Sam M. Gibbons US Courthouse
Intake Department
801 North Florida Ave.
TAMPA FL 33602

USPS® FIRST-CLASS MAIL®

U.S. POSTAGE $2.10
FCM LG ENV
33710
Date of sale 09/12/12
06 2S00
08259365
APC
FC0044 100 105368

0 lb. 6.50 oz.

(420) 33602

