# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TURIYAN M. GOLD,

        Plaintiff,

    vs.                                  CASE NO.: 8:12-cv-2089-T-33TGW

STEPHEN HARPER, et al.,

        Defendants.

_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

    **TAKE NOTICE** that, in accordance with Rule 3.05, Local Rules, M.D.Fla., this action is designated as a Track Two case.  **The Filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this notice and its attachments upon all other parties** and, thereafter, to assure that **all parties** meet the requirements established in Rule 3.05 for cases designated on this track by cooperatively meeting for the preparation and filing of a consolidated Case Management Report (the Court **will not** accept a unilateral Report).  The parties shall file the Case Management Report within 14 days after the case management conference; otherwise, the Court will impose such sanctions as deemed appropriate, including but not limited to dismissal, pursuant to Rule 3.10, Local Rules, M.D.Fla., for failure to prosecute.

    The parties are invited to consider consenting to the assigned Magistrate Judge assuming  responsibility for this case.   Attached to the filing party's copy of this Notice for such purpose is a self-explanatory Consent form.  Note that the form is to be filed  **ONLY** if signed and agreed to by all parties on a single form.

                              **SHERYL L. LOESCH, CLERK**

                              By: /s/ Lisa Bingham

                                 Courtroom Deputy

Date:    September 19, 2012

**Attachments** –  Case Management Report form and Form AO-85 "Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction"

*Distribution:*    ***Filing party*** -- *Plaintiff **or**, if applicable, removing Defendant*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA`
## TAMPA DIVISION

                         Plaintiff,

V.                                              Case No.:


                         Defendants.

_____/



1.      <u>Meeting of Parties</u>:   Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A), a conference was held on _____(date) at _____ (time) between:

**Name**                              **Counsel for   (if applicable)**



2.      <u>Fed.R.Civ.P.26(a)(1), as amended, effective December 1, 2000, Pre-Discovery Initial Disclosures</u>:


The parties     (check one)

                    _____have exchanged              _____agree to exchange


information described in Fed.R.Civ.P. 26(a)(1) on or before _____ (date).  Below is a detailed description of information disclosed or scheduled for disclosure:



3.      **Discovery Plan - Plaintiff(s)**:   The parties jointly propose the following Plaintiff's discovery plan:


        a. Every discovery effort Plaintiff plans to pursue is described below.  The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

Case Management Report
Page 3

(1) <u>Requests for Admission:</u>

Number of Requests for Admission:  Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed.R. Civ.P. 26(b)(2).  Any such request must be presented by motion.  See paragraph 6 below.

(2) <u>Written Interrogatories:</u>

Number of Interrogatories:  Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts."  Any request by Plaintiff to exceed this limit must be presented by motion.  See paragraph 6 below.

(3) <u>Requests for Production or Inspection:</u>

(4) <u>Oral Depositions:</u>

Number of Depositions:  Local Rule 3.02(b) provides, "[i]n accordance with Fed.R.Civ.P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court."  Any request by Plaintiff to exceed this limit must be presented by motion.  See paragraph 6 below.

Time Permitted for Each Deposition, in accordance with Fed.R.Civ.P. 30(d), is limited to one day of seven hours, unless extended by stipulation of the parties or order of the Court.

Case Management Report
Page 4

b.  **Disclosure of Expert Testimony**:   Parties stipulate, in accordance with Fed.R.Civ.P. 26(a)(2)(C), that Plaintiff's Fed.R.Civ.P. 26(a)(2) disclosure will be due as noted here:

c.  Supplementation of Disclosures and Responses:  Parties agree that Plaintiff's supplementation under Fed.R.Civ.P. 26(e) will be provided at the following times:

d.  **Completion of Discovery**:  Plaintiff will commence all discovery in time for it to be completed on or before _____ (date).

4.  **Discovery Plan - Defendant(s)**:  The parties jointly propose the following Defendant(s)'s discovery plan:

a.  Every discovery effort planned by Defendant(s) is described below.  The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

(1) Requests for Admission:

Number of Requests for Admission:  Parties may seek to limit the number of Defendant's requests for admission in accordance with Fed.R.Civ.P. 26(b)(2). Any such request must be presented by motion.  See paragraph 6 below.

(2) Written Interrogatories:

Number of Interrogatories:  Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written

Case Management Report
Page 5

interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts."  Any request by Defendant to exceed this limit must be presented by motion.  See paragraph 6 below.

(3) Requests for Production or Inspection:

(4) Oral Depositions:

Number of Depositions:  Local Rule 3.02(b) provides, "[i]n accordance with Fed.R.Civ.P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court."  Any request by Defendant to exceed this limit must be presented by motion.  See paragraph 6 below.

Time Permitted for Each Deposition, in accordance with Fed.R.Civ.P. 30(d), is limited to one day of seven hours, unless extended by stipulation of the parties or order of the Court.

b.  **Disclosure of Expert Testimony**:  Parties stipulate, in accordance with Fed.R.Civ.P. 26(a)(2)(C), that Defendant's Fed.R.Civ.P. 26(a)(2) disclosure will be due as noted here:

c.  Supplementation of Disclosures and Responses:  Parties agree that Defendant's supplementation under Fed.R.Civ.P. 26(e) will be provided at the following times:

d.  **Completion of Discovery**:  Defendant will commence all discovery in time for it to be completed on or before _____ (date).

5.  **Joint Discovery Plan - Other Matters**:  Parties agree on the following other matters relating to discovery (*e.g.*, handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused

VMC Rev. 6/14

Case Management Report
Page 6

upon particular issues):

6. **Disagreement or Unresolved Issues Concerning Discovery Matters**:  Any disagreement or unresolved issue concerning discovery matters must be made the subject of a separate motion to be filed not later than eleven days after the filing of the Case Management Report.  Such disagreement or unresolved issue will not excuse the establishment of discovery completion dates.

Pursuant to Fed.R.Civ.P. 26(a)(1), as amended effective December 1, 2000, any objection as to the appropriateness of required Initial Disclosures shall be recorded in the case management report.

7. **Third-Party Claims/Joinder of Parties and Potentially Dispositive Motions**: Parties agree that the final date for filing motion for leave to file third-party claims or motion to join parties should be _____ (this date must be *at least* 120 days prior to close of discovery); **and** that the final date for filing all potentially dispositive motions (for summary judgment or other) should be _____ **(a date which is *at least* 160 days prior to the final pretrial conference).**

8. **Settlement and Alternative Dispute Resolution**:

a. **Settlement**:  The parties agree that settlement is  (check one):

_____ likely            _____ unlikely

b. **Mediation**:    This case is referred to Court-Annexed Mediation pursuant to Rule 9, Local Rules, M.D.Fla.   Mediation must be conducted by a Certified Mediator.   A list of Certified Mediators is available on the Middle District of Florida website.   The parties are granted an opportunity to select a Certified Mediator from the approved list and to decide where the mediation should be held. The parties should also state the deadline for conducting the mediation conference.   If the parties are unable to agree, they must notify the Court and the Court will appoint a Certified Mediator and set a deadline for the mediation conference.

Case Management Report
Page 7

Certified Mediator: _____

Deadline for Mediation:  _____

Location of Mediation: _____

9.      Parties agree to consent to trial presided over by United States Magistrate Judge (which will afford the parties better opportunity for a "date certain" for trial):

_____yes       _____no       _____likely to agree in future

*If yes, the parties shall complete and all counsel and unrepresented parties shall sign the Form AO-85 attached hereto (please note **all signatures must appear on the same form**); submit the same to the Clerk, and the undersigned will promptly thereafter enter the "Order of Reference" portion and file the same in the record hereof.*

10.    Preliminary Pretrial Conference:

If designated a Track Three case, Local Rule 3.05(c)(3)(B) provides that a preliminary pretrial conference **is mandatory**, **and the Court will *sua sponte* schedule and notice such conference**.

[**Note**:If case was not designated Track Three but all counsel believe it should be such, plaintiff's counsel shall immediately contact the undersigned's Courtroom Deputy Clerk.]

If designated a Track Two case, the parties   (check one)

___request            ___do not request

a preliminary pretrial conference before entry of a Case Management and Scheduling Order to address the following unresolved issues:

[**NOTE:  If no issues are specified here by the parties, no such conference will be scheduled.**]

VMC Rev. 6/14

Case Management Report
Page 8


        11.     **Final Pretrial Conference and Trial**:  Parties agree that they will be ready
for a final pretrial conference on or after _____(date) and for trial on or after
_____(date).


            This  (*check one*):     **[_] Jury        [_] Non-Jury**    trial is expected to take
approximately  _____ **hours**  (including jury selection if applicable).

        12.     Pretrial Disclosure and Final Pretrial Procedures:  Parties acknowledge that
they are aware of and will comply with pretrial disclosure requirements in Fed.R.Civ.P.
26(a)(3) and final pretrial procedures requirements in Local Rule 3.06.


        13.     Others Matters (if any):




                                   Date: _____


                                        Signatures of Counsel (with information
                                          required by Local Rule 1.05(d)) and
                                        Signature of Any Unrepresented Party



_____          _____


_____          _____


_____          _____


_____          _____

AO 85 (Rev. locally 5/99)   Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

## Middle District of Florida

Plaintiff

v.                                                                        **Case Number**:

Defendant

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, you are hereby notified that a United States Magistrate Judge of this District Court is available to conduct any or all proceedings in this case, including a jury or bench trial, and to order the entry of a final judgment.   Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if <u>all parties</u> voluntarily consent, **as evidenced by execution of the Consent portion hereof,** to the exercise of jurisdiction by a United States Magistrate Judge.

You may, without adverse substantive consequences, withhold your consent; but this will prevent the Court's jurisdiction from being exercised by a Magistrate Judge.  If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.   [*See* **NOTE below.**]

Appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for the Eleventh Circuit, in the same manner as an appeal from any other judgment of this District Court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial; order the entry of a final judgment; and conduct all post-judgment proceedings, as necessary.

Signatures                              Party Represented                    Date Signed

_____        _____

_____        _____

_____        _____

<u>ORDER OF REFERENCE</u>

**IT IS HEREBY ORDERED** that this case be referred to the assigned United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73, and the foregoing consent of the parties.

---

Date                              VIRGINIA M. HERNANDEZ COVINGTON, United States District Judge

**NOTE:**          **RETURN THIS FORM TO CLERK OF COURT <u>ONLY</u> IF ALL PARTIES HAVE SIGNED <u>ON THIS FORM</u> CONSENTING TO EXERCISE OF JURISDICTION BY A MAGISTRATE JUDGE.**