IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Turiyan M. Gold,            ) | |
| Pro Per                     ) | |
|     Plantiff,       ) | |
|                             ) | |
| v.                          ) | Civil Action No. |
|                             ) | 8:12-cv-02089-VMC-TGW |
| Prime minister of Canada, Stephen Harper     ) | |
| Attorney general of Canada                   ) | |
| The Crown Attorney of Ottowa                 ) | |
| The Crown Attorney of Toronto                ) | |
| Ministry of Transportation                   ) | |
| Minister of Labour, Lisa Raitt               ) | |
| Air Canada                                   ) | |
| ACE Aviation Holdings Inc. (TSX:ACE.RV, TSX:ACE.B) ) | |
| Royal Canadian Mounted Police (RCMP)         ) | |
| Vancouver police department                  ) | |
| Ontario Securities Commission                ) | |
| Commission des Valeurs Mobilières du Québec (CVMQ) ) | |
| Toronto international airport (YYZ)          ) | |
| Vancouver international airport (YVR),       ) | |
|                             ) | |
|     Defendants,     ) | |

MOTION UNDER RULE 20(a) OF THE Fed.RCP AND RULE 1.250(c), OF THE Fla.RCP.
TO ADD PARTY DEFENDANT

In propria persona the Plaintiff asks the court to add the following defendants to the case:

Sabre Holdings Corporation; Sabre Inc. and Sabre Travel International Limited.

Discussion:

The plaintiff has recently discovered through pre-trial research that Sabre Holdings Corporation; Sabre Inc. and Sabre Travel International Limited (Collectively " Sabre") own the "Semi-Automatic Business-Related Environment" (SABRE) global distribution system (GDS) and "Computerized Reservation System" (CRS) used for rail and airline reservations for domestic and international airlines, seat assignments, baggage info, rail, hotel and car rentals.

Sabre is used for e-tickets providing Phase IV's, fare calculations, fare basis and fare quoting. The defendants I have requested to be added to my case would be in possession of the data needed to be dealt with in motions and discovery concerning the allegations in my litigation ie. infractionary ticket sales.

Dated: Monday September 24th, 2012

Turiyan M Gold
711 58th St So #6
Gulfport, FL 33703
USA
Ph.: 727-252-4528
Fax: 267-393-9535
Email: tgold8888@verizon.net

Signed: _[signature]_