USPS® FIRST-CLASS MAIL®

U.S. POSTAGE $1.10
FCM LG ENV
33710
Date of sale 09/24/12
0 lb. 1.40 oz.

SHIP TO:
Sam M. gibbons US
Courthouse
intake dept
801 North Florida Ave
TAMPA FL 33602

(420) 33602
ZIP